# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| BRIAN THOMPSON, | No. C 12-02294 MEJ |
|         Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| MACYS INC, | |
|         Defendant(s). | |

On May 17, 2012, the Defendant(s) in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of June 21, 2012. Dkt. No. 6. However, Plaintiffs failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the June 21 hearing and ORDERS Plaintiffs Brian Thompson and Nasrin Baheri to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by June 21, 2012. If Plaintiffs file a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 5, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs are hereby informed that the Court may dismiss the case without a hearing if Plaintiffs fail to file a responsive pleading. Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 4, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMPSON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MACYS INC,<br><br>        Defendant(s).<br>_____/ | No. C 12-02294 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ashley Feder
Brian Virag
Law Office of Brian J. Virag
16400 Ventura Boulevard, Suite 317
Encino, CA 91436

Dated: June 4, 2012

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk

2